ORIGINAL

FILED

08/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0391

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0391

FILED

AUG 3 0 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

DARELL S. BOHL,

     Petitioner,

v.

JAMES SALMONSEN, Warden, and
DEPARTMENT OF CORRECTIONS,

     Respondents.

ORDER

Darell S. Bohl has filed a pleading entitled Amended Writ of Habeas Corpus, which we deem to be a petition for rehearing, pursuant to M. R. App. P. 20(1), of our Order of July 26, 2022, denying his original habeas petition. Bohl raises two issues: (1) the State of Montana violated the statute of limitations in charging him, resulting in due process right violations and an illegal sentence; and (2) ineffective assistance of trial counsel for failing to argue the first issue.

This Court will consider a petition for rehearing "only upon . . . [t]hat it overlooked some fact material to the decision[,] . . . or [t]hat its decision conflicts with a statute or controlling decision not addressed by the supreme court." M. R. App. P. 20(1)(a)(i) and (iii). "Absent clearly demonstrated exceptional circumstances, the supreme court will not grant petitions for rehearing of its orders disposing of motions or petitions for extraordinary writs." M. R. App. P. 20(1)(d).

Upon review, Bohl is not entitled to rehearing or his requested relief of release and dismissal. Bohl attempts to relitigate his conviction and sentence. Our July 26, 2022 Order explained that the District Court entered an amended judgment upon the State's timely motion to amend because the court had statutory authority to limit Bohl's good time credit for the conviction of incest. Section 46-18-202(4), MCA (1995). Bohl has not demonstrated any criteria or exceptional circumstances to warrant a rehearing. Therefore,

IT IS ORDERED that Bohl's Amended Writ of Habeas Corpus, deemed a Petition for Rehearing, is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Darrell S. Bohl personally.

DATED this 30 day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2